

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BUBBLE GUM PRODUCTIONS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOES 1 – 37, ) <br> ) <br> Defendants. ) <br> ) | Case: 1:12-mc-00356 <br> Assigned To : Huvelle, Ellen S. <br> Assign. Date : 6/28/2012 <br> Description: Miscellaneous <br><br> [Case pending in the U.S. District Court <br> for the Northern District of Illinois, <br> No. 1:12-cv-00595] |

## MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

Plaintiff Bubble Gum Productions, LLC ("Bubble Gum"), pursuant to Federal Rule of Civil Procedure("Rule" or "Rules") 45(c)(2)(B)(i), hereby moves this Court to enter an order compelling nonparty subpoena recipient Comcast Cable Communications, LLC ("Comcast") to produce documents called for in a subpoena *duces tecum* issued by Bubble Gum to Comcast, with respect to the above-referenced matter currently pending in the U.S. District Court for the Northern District of Illinois. Plaintiff served the subpoena ("Subpoena") on Comcast on March 1, 2012 in accordance with that court's Order Granting Plaintiff Motion for Leave to Take Expedited Discovery. (*Bubble Gum Productions, LLC v. Does 1-37*, No. 12-00595 (N.D. Ill. Feb. 23, 2012), ECF No. 15.) In support of its motion, Bubble Gum states:

On March 1, 2012, Bubble Gum served the Subpoena on Comcast, which was issued from the U.S. District Court for the District of Columbia. Fourteen days later, on March 15, 2012, Comcast objected to the Subpoena on four separate grounds: inadequate time for compliance, inadequate assurance of payment, improper joinder and lack of personal jurisdiction. After a good faith meet-and-confer conference on the same day, Comcast indicated it would





withdraw its objection relating to inadequate assurance of payment, but would stand on its remaining objections.

Comcast's objections offer no proper basis under the Federal Rules upon which to excuse its compliance with the Subpoena. Comcast's objection for inadequate time for compliance is factually baseless. Further, nonparty Comcast's concerns regarding personal jurisdiction and joinder are not a legitimate basis for objecting to the Subpoena.

WHEREFORE, for all of the foregoing reasons, Plaintiff respectfully requests that this Court grant this Motion, compel Comcast to comply with the subpoena, and grant Plaintiff any and all further relief that this Court deems to be reasonable and appropriate under the circumstances.

Respectfully submitted,

Bubble Gum Productions, LLC

**DATED**: June 26, 2012

By: _____
Paul A. Duffy, Esq. (D.C. Bar Number: IL0014)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile:   (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Counsel for the Plaintiff*

2