
FILED
JUN 28 2012

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BUBBLE GUM PRODUCTIONS, LLC, | ) | |
| | ) | Case: 1:12-mc-00356 |
| Plaintiff, | ) | Assigned To : Huvelle, Ellen S. |
| | ) | Assign. Date : 6/28/2012 |
| v. | ) | Description: Miscellaneous |
| | ) | |
| DOES 1 – 37, | ) | [Case pending in the U.S. District Court |
| | ) | for the Northern District of Illinois, |
| Defendants. | ) | No. 1:12-cv-00595] |
| | ) | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND
NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 3.2**

Plaintiff, Bubble Gum Productions, LLC, is a one member LLC and does not have any parent corporation and no publicly-held company owns more than 10% of Plaintiff's stock.

Respectfully submitted,

Pacific Century International LTD

DATED: June 19, 2012

By: /s/ Paul Duffy
Paul Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile: (312) 893-5677
E-mail: paduffy@wefightpiracy.com

*Attorney for Plaintiff*


RECEIVED
Mail Room
2 1 2012
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia