# EXHIBIT C

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 5.0.3**
### Eastern Division

Bubble Gum Productions, LLC

                                Plaintiff,

v.                                                  Case No.: 1:12−cv−03046
                                                         Honorable James B. Zagel

Does 1−60

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 13, 2012:

       MINUTE entry before Honorable James B. Zagel: Motion for reconsideration [19] is granted in part and denied in part. Objector's motion to strike Plaintiff's motion to compel [10] is denied. Plaintiff's motion to compel [1] is granted with respect to the single John Doe defendant named in the attachment to the February 7, 2012 subpoena. If that defendant wishes to challenge enforcement of the subpoena, this court, upon written request, will transfer venue to the Southern District of Texas. Notice of motion hearing 7/19/2012 is stricken.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.