# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Bubble Gum Productions, LLC,**　　　　*Plaintiff*,　　v.　　**Does 1–37,**　　　　*Defendants.* | Miscellaneous Action No. 12-0356 (ESH) |

## MEMORANDUM OPINION AND ORDER

It is hereby **ORDERED** that plaintiff's Motion to Compel (June 28, 2012 [Dkt. No. 1]) is **DENIED WITHOUT PREJUDICE**. Plaintiff's Motion is captioned "Bubble Gum Productions, LLC v. Does 1–37," and consistently refers to plaintiff as "Bubble Gum Productions," but plaintiff's Corporate Disclosure Statement (June 28, 2012 [Dkt. No. 2]), while also referring to plaintiff as "Bubble Gum Productions" in its body, is signed by "Pacific Century International LTD."[1] "Pacific Century International LTD" is mentioned nowhere else in the pleadings. Plaintiff must correct and re-file its Corporate Disclosure Statement and/or Motion before this Court will consider its claims.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:　July 23, 2012

---

[1] The Court also notes that plaintiff's Corporate Disclosure Statement states that it was filed "pursuant to . . . Northern District of Illinois Local Rule 3.2," notwithstanding that it was filed in the District of the District of Columbia.

1