UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BUBBLE GUM PRODUCTIONS, LLC, ) | |
| ) | CASE NO.   1:12-mc-00356-ESH |
| Petitioner, ) | |
| ) | Judge: Honorable Ellen S. Huvelle |
| v. ) | |
| ) | |
| COMCAST CABLE, ) | [Case pending in the U.S. District Court |
| COMMUNCIATIONS, LLC, ) | for the Northern District of Illinois |
| ) | No. 1:12-cv-00595] |
| Respondent. ) | |
| _____) | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Plaintiff, Bubble Gum Productions, LLC, is a one member limited liability company and does not have any parent corporation and no publicly-held company owns more than 10% of Plaintiff's stock.

Respectfully submitted,

BUBBLE GUM PRODUCTIONS, LLC

**DATED**: July 23, 2012

By: /s/ Paul A. Duffy
Paul A. Duffy, Esq. (D.C. Bar Number: IL0014)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile:   (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Counsel for the Petitioner*