UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUBBLE GUM PRODUCTIONS, LLC,**<br><br>    *Plaintiff*,<br><br>        v.<br><br>**DOES 1–37,**<br><br>    *Defendants*. | Miscellaneous Action No. 12-0356 (ESH) |

## ORDER

On July 23, 2012, the Court denied plaintiff's motion to compel without prejudice. (Memorandum Opinion and Order, July 23, 2012 [Dkt. No. 6].)  The Court will order this case closed if plaintiff does not file a new motion to compel by August 23, 2012.

**SO ORDERED**.

                                                              /s/
                                                    ELLEN SEGAL HUVELLE
                                                    United States District Judge

Date:   August 16, 2012

1