# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BUBBLE GUM PRODUCTIONS, LLC, | ) | |
| | ) | CASE NO.   1:12-mc-00356-ESH |
| Petitioner, | ) | |
| | ) | Judge: Honorable Ellen S. Huvelle |
| v. | ) | |
| | ) | |
| COMCAST CABLE, | ) | [Case pending in the U.S. District Court |
| COMMUNCIATIONS, LLC, | ) | for the Northern District of Illinois |
| | ) | No. 1:12-cv-00595] |
| Respondent. | ) | |
| _____ | ) | |

## [PROPOSED] ORDER GRANTING PETITIONER'S RENEWED MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

The Court has reviewed Petitioner's Renewed Motion to Compel Compliance with Subpoena, all the papers filed in connection with the motion, and the relevant case law. Accordingly it is hereby

**ORDERED** that Petitioner's Renewed Motion to Compel Compliance with Subpoena is **GRANTED**; it is further

**ORDERED** that within 30 days of the signing of this Order, Comcast Cable Communications, LLC ("Comcast") shall provide Petitioner with the information Petitioner sought in the subpoena that Petitioner has served upon Comcast; it is further

**ORDERED** that Comcast shall comply with Petitioner's subpoena served upon Comcast in the manner set forth in the February 23, 2012 Order granting Petitioner's expedited discovery motion (*Bubble Gum Productions, LLC v. Does 1-37*, No. 1:12-cv-00595 (N.D. Ill. Feb. 23, 2012), ECF No. 15), except that the date of compliance shall be the date set forth in this Order.

DATE: _____     _____
                                                                United States District Judge